IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CASE NO. 2:20-CR-18-BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| CRAIG WAYNE SIMPSON ) | (Rule 615- Sequester Witnesses) |
| Defendant ) | |
| ) | |

IT IS HEREBY ORDERED, that any potential witnesses for the government and the defendant be secluded so that they cannot hear other witnesses testimony during the trial. After completion of their testimony, the witnesses can remain in the courtroom if they elect to do so.

SO ORDERED, this the 20 day of April, 2022

_____
United States District Court Judge
Terrence W. Boyle